IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES AT 306 SUTTON PLACE, MEBANE, NORTH CAROLINA 27302 | Case No. 1:24mj372 |

## MOTION TO SEAL

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through her assistant, JoAnna G. McFadden, and respectfully moves this Honorable Court to seal the application in support of the search warrant and the supplement to this sealing motion. Such sealing is within the inherent power of the court to control papers filed with it. *See, e.g., Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). In support whereof, the United States shows unto the court the following:

(1) The search warrant affidavit relates to an investigation into an assault and describes the details of the assault as well as potentially-identifying details about the victim. The target is not in custody, and the investigation is ongoing.

(2) Premature disclosure of the contents of the items referenced above may lead to potential destruction of evidence and/or witness tampering.

(3) Therefore, premature disclosure of the contents of these items may have a significant negative impact on the effectiveness of the continuing investigation.

WHEREFORE, the United States respectfully moves that this Honorable Court seal the application in support of the search warrant, its motion to seal, and the supplement to that motion until further order of the Court.

This the 9th day of October, 2024.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ JOANNA G. MCFADDEN
Assistant United States Attorney
NYSB #4500948
NCSB #60561
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401
336/332-6362